## ELECTRONIC RECORD

1418-14
1419-14
1420-14
1421-14

COA # 01-14-00251-CR         OFFENSE: 22.011 (Sexual Assault)

STYLE: Richard A. Dunsmore v. The State of Texas         COUNTY: Brazoria

COA DISPOSITION: DISMISS         TRIAL COURT: 412th Judicial District Court

DATE: 09/09/2014         Publish: NO   TC CASE #: 56909

## IN THE COURT OF CRIMINAL APPEALS

1418-14     1420-14
1419-14     1421-14

STYLE: Richard A. Dunsmore v. The State of Texas         CCA #: 1418-14  1420-14  1419-14  1421-14

_____PRO SE_____ Petition         CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:         DATE: _____

_____REFUSED_____         JUDGE: _____

DATE: 02/11/2015         SIGNED: _____     PC: _____

JUDGE: Per Curiam         PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD